UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:25-cv-02619

TIM LAMAN,

        Plaintiff,

v.

UNDERSEAS SCUBA CENTER, INC,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff TIM LAMAN by and through his undersigned counsel, brings this Complaint against Defendant UNDERSEAS SCUBA CENTER, INC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff TIM LAMAN ("Laman") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Laman's original copyrighted Work of authorship.

2. Laman is a noted field biologist, wildlife photojournalist, and filmmaker. He spends many months each on expeditions to all seven continents to explore and document rare species and biodiversity. Laman has won numerous prestigious awards including "Wildlife Photographer of the Year" in 2016 and the NANPA (North American Nature Photography Association) recognition as "Nature Photographer of the Year."

3. Defendant UNDERSEAS SCUBA CENTER, INC ("USC") is a scuba diving shop in Villa Park, Illinois, offering diving courses, equipment sales, rentals, and dive travel

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

services. At all times relevant herein, USC owned and operated the internet website located at the URL https://www.underseas.com/ (the "Website").

4. Laman alleges that USC copied Laman's copyrighted Work from the internet in order to advertise, market and promote its business activities. USC committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. USC is subject to personal jurisdiction in Illinois.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, USC engaged in infringement in this district, USC resides in this district, and USC is subject to personal jurisdiction in this district.

## DEFENDANT

9. Underseas Scuba Center, Inc is an Illinois Corporation, with its principal place of business at 611 North Addison Road, Suite F, Villa Park, Illinois, 60181, and can be served by serving its Registered Agent, Michael Gologjuch, at 1310 Pembrook Circle, Roselle, Illinois, 60172.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2010, Laman created the photograph entitled "R4-070418-019," which is shown below and referred to herein as the "Work".



11. Laman registered the Work with the Register of Copyrights on August 11, 2015 as part of a group registration. The Group Registration was assigned registration number VA 2-028-396. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Laman was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY USC

13. USC has never been licensed to use the Work for any purpose.

14. On a date after the Work was created, but prior to the filing of this action, USC copied the Work.

15. On or about October 21, 2024, Laman discovered the unauthorized use of his Work on the Website in a blog post discussing popular scuba diving locations.

16. USC copied Laman's copyrighted Work without Laman's permission.

17. After USC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its scuba certification and equipment rental services.

18. USC copied and distributed Laman's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. USC committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Laman never gave USC permission or authority to copy, distribute or display the Work.

21. Laman notified USC of the allegations set forth herein on October 24, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Laman incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Laman owns a valid copyright in the Work.

24. Laman registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. USC copied, displayed, and distributed the Work and made derivatives of the Work without Laman's authorization in violation of 17 U.S.C. § 501.

26. USC performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Laman has been damaged.

29. The harm caused to Laman has been irreparable.

WHEREFORE, Plaintiff TIM LAMAN prays for judgment against the Defendant UNDERSEAS SCUBA CENTER, INC that:

 a. USC and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

 b. USC be required to pay Laman his actual damages and Defendant's profits attributable to the infringement, or, at Laman's election, statutory damages, as provided in 17 U.S.C. § 504;

 c. Laman be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

 d. Laman be awarded pre- and post-judgment interest; and

 e. Laman be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Laman hereby demands a trial by jury of all issues so triable.

Dated: March 12, 2025       Respectfully submitted,

             */s/ J. Campbell Miller*
             J. CAMPBELL MILLER
             IL Bar Number: 6345233
             Campbell.Miller@sriplaw.com

             **SRIPLAW, P. A.**
             231 South Rangeline Road
             Carmel, IN 46031
             332.600.5599 – Telephone
             561.404.4353 – Facsimile

             and

EVAN A. ANDERSEN
Evan.andersen@sriplaw.com

**SRIPLAW, P.A.**
3375 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Tim Laman*