# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**CASE NO.: 1:25-cv-02619**

TIM LAMAN,

           Plaintiff,

v.

UNDERSEAS SCUBA CENTER, INC,
BRUCE A. HOOTMAN AND DUCK DIVER,
LLC,

           Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff TIM LAMAN by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the claims in the instant lawsuit against Defendant DUCK DIVER, LLC, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: January 5, 2026

           Respectfully submitted,

           */s/ Anthony J. Underwood*
           ANTHONY J. UNDERWOOD
           Bar Number: (TN) 041350 (FL) 1056640
           (GA) 685078
           anthony.underwood@sriplaw.com

           **SRIPLAW, P. A.**
           3355 Lenox Road NE
           Suite 750
           Atlanta, GA 30326
           470.200.0155 – Telephone
           561.404.4353 – Facsimile

           *Counsel for Plaintiff Tim Laman*